DALY BROTHERS, INCORPORATED, *vs.* VICTOR LA CROIX.

MALTBIE, C. J., HAINES, HINMAN, BANKS and AVERY, Js.

Decided April 12th, 1932.

PER CURIAM. Section 10 of the Rules for Appellate Procedure provides that when an assignment of error seeking a correction in the finding is not established this court may direct that the costs of printing the evidence in support of it shall not be taxed. The opinion in this case contained no such direction. It was therefore the duty of the clerk to tax the expense of printing the evidence to the prevailing party and an appeal from his action in so doing does not lie.

The appeal is dismissed.